## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB I. LEIFER, individually and on behalf of all other similarly situated, | Civil Action No.: 1:19-cv-03926-FB-LB |
| Plaintiff | |
| v. | **MOTION TO WITHDRAW** |
| | **R. ANDREW SCOTT, ESQ.** |
| UNITED COLLECTION BUREAU, INC., | **AS COUNSEL** |
| Defendant. | |

I, R. ANDREW SCOTT, ESQ. ("Withdrawing Counsel") respectfully request that this Court enter an Order granting my withdrawal as counsel for Defendant United Collection Bureau, Inc. and further removing me as counsel of record from the docket, effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel is leaving Gordon Rees Scully Mansukhani LLP as of February 24, 2020 and will thereafter no longer be associated with the firm.

2. Attorney(s) Lori Quinn, Esq., also of Gordon Rees Scully Mansukhani LLP, will remain as counsel of record for Defendant(s).

3. Neither party will incur prejudice as a result of this withdrawal.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 24, 2020

        **GORDON & REES SCULLY MANSUKHANI, LLP**
        *Attorneys for Defendant*
        *United Collection Bureau, Inc.*

        By: */s/ R. Andrew Scott*
          R. Andrew Scott, Esq.

        One Battery Park Plaza, Floor 28
        New York, New York 10004
        Telephone: (973)549-2500
        Facsimile: (973)377-1911
        Email: rscott@grsm.com